**Larry HOBIN, Plaintiff/Appellant,**

v.

**CHURCHILL TRUCK LINES,
Defendant/Respondent.**

No. 63901.

Missouri Court of Appeals,
Eastern District,
Division Two.

June 14, 1994.

Henry B. Robertson, St. Louis, for plaintiff, appellant.

Jeffrey M. Glass, St. Louis, for defendant, respondent.

Before CRANE, P.J., and KAROHL and CRAHAN, JJ.

*ORDER*

·PER CURIAM.

Plaintiff, Larry Hobin appeals from an adverse judgment in a negligence action. We have reviewed the briefs of the parties and the record in this jury-tried case and find no error of law. An opinion would have no precedential value. Accordingly, we affirm pursuant to Rule 84.16(b).